# AMERICAN ARBITRATION ASSOCIATION
## Commercial Arbitration Tribunal

In the Matter of the Arbitration between

Re: 01-14-0001-7650

| | |
|---|---|
| Peter Slingluff | Claimant |
| -vs- | |
| Gotta Have Rock and Roll.com, Edward Kosinski, and Gotta Have It! Collectibles, Inc. | Respondents |

## AWARD OF ARBITRATOR

I. THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into by the above-named parties and dated on or about December 3, 2009, and having been duly sworn and having heard the proofs and allegations of the parties, Respondents represented by Bernstein Cherney, LLP, by Hartley Bernstein and Claimant represented by Gardner & Rosenberg, P.C. by Nicholas Rosenberg, and Claimant having amended its claim and the Arbitrator having considered same, hereby AWARD, as follows:

> Claimant shall recover of Respondents, jointly and severally, (i) the principal sum of $370,012.50, plus (ii) interest at 9% on $43,750 of such principal sum from October 8, 2010 through September 15, 2015, in the sum of $19,455.01, plus (iii) interest at 9% on $4,062.50 of such principal sum from October 21, 2011, through September 15, 2015, in the sum of $1,428.01, plus (iv) interest at 9% on $41,600 of such principal sum from June 23, 2012, through September 15, 2015, in the sum of $12,100.19, plus (v) interest at 9% on $280,600 of such principal sum from June 25, 2011, through September 15, 2015, in the sum of $106,795.24, plus (vi) attorneys' fees in the sum of $100,000, for a total of $609,790.95, which such total sum shall be paid to Claimant within 30 days of the date of this award without further interest, and which such total sum, if not paid within 30 days of the date of this award, shall bear interest at 9% commencing 30 days after the date of this award.

473217.2

The administrative fees of the American Arbitration Association totaling $8,500.00 and the compensation of the arbitrator totaling $17,864.50 shall be borne by Respondents. Therefore, Respondents shall reimburse Claimant the sum of $17,412.75, representing that portion of said fees in excess of the apportioned costs previously incurred by Claimant.

This Award is in full settlement of all claims and counterclaims submitted to this Arbitration. All claims not expressly granted herein are hereby, denied.

September 11, 2015
Date

_____
John M. Brickman, Arbitrator

I, John M. Brickman, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

September 11, 2015
Date

_____
John M. Brickman, Arbitrator