Hartley T. Bernstein
BERNSTEIN CHERNEY LLP
767 Third Avenue, 30th Floor
New York, N.Y. 10017

Attorneys for Respondents

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PETER SLINGLUFF,

                Petitioner,                15 Civ. 7269(SAS)(FM)

  -against-

GOTTA HAVE ROCK AND ROLL.COM, LLC,
EDWARD KOSINSKI, and GOTTA HAVE IT!
COLLECTIBLES, INC.,

                Respondents.
_____

## NOTICE OF MOTION TO VACATE OR MODIFY ARBIRATION AWARD

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law (i) in Opposition to the Petition to Confirm the Arbitration Award; and (ii) in Support of Respondents' Motion to Vacate or Modify the Arbitration Award; the Declaration of Hartley T. Bernstein, dated October 2, 2015, and the exhibits thereto, Respondents Gotta Have Rock and Roll.com LLC, Edward Kosinski and Gotta Have It! Collectibles, Inc., by and through their undersigned counsel, will move, at a date, time and location to be determined by the Court, for an order, vacating the award in the arbitration entitled *Peter Slingluff v. Gotta Have Rock and Roll.com, Edward Kosinski, and Gotta Have It! Collectibles, Inc*. (American Arbitration Association Case No. 01-14-0001-7650), pursuant to sections 10(a)(4) and 11(b) of the Federal Arbitration Act. 9 U.S.C. §1 et seq.

October 2, 2015

        BERNSTEIN CHERNEY LLP

        By: /s/ Hartley T. Bernstein

        Hartley T. Bernstein
        767 Third Avenue, 30th Floor
        New York, N.Y. 10017
        (212) 381-9684 Phone
        (646) 304-9535 FAX
        hbernstein@bernsteincherney.com

        Attorneys for Respondents
        Gotta Have Rock and Roll.com LLC
        Edward Kosinski
        Gotta Have It!, Inc.