UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER SLINGLUFF,

    Petitioner,

-against-

GOTTA HAVE ROCK AND ROLL.COM, LLC, EDWARD KOSINSKI, and GOTTA HAVE IT! COLLECTIBLES, INC.,

    Respondents.

CASE NO. 15Civ.7269

**AFFIDAVIT OF NICHOLAS ROSENBERG
IN OPPOSITION TO RESPONDENTS' MOTION TO VACATE**

# UNDER SEAL