UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PETER SLINGLUFF,

                              Petitioner,                            15 Civ. 7269(SAS)(FM)

  -against-

GOTTA HAVE ROCK AND ROLL.COM, LLC,
EDWARD KOSINSKI, and GOTTA HAVE IT!
COLLECTIBLES, INC.,

                              Respondents.
_____

**DECLARATION OF HARTLEY T. BERNSTEIN IN REPLY TO
CLAIMANT'S OPPOSITION TO RESPONDENTS' CROSS-MOTION
TO VACATE OR MODIFY THE ARBITRATION AWARD**


**UNDER SEAL**