UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PETER SLINGLUFF,

                             Petitioner,                      15 Civ. 7269(SAS)(FM)

  -against-

GOTTA HAVE ROCK AND ROLL.COM, LLC,
EDWARD KOSINSKI, and GOTTA HAVE IT!
COLLECTIBLES, INC.,

                             Respondents.
_____

**REPLY TO PETER SLINGLUFF'S OPPOSITION TO RESPONDENTS'
MOTION TO VACATE OR MODIFY THE ARBITRATION AWARD**

**UNDER SEAL**

1